IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN STEPHEN PUGH                                                    PLAINTIFF

v.                              No. 3:17-cv-297-DPM

JOHNATHON FRAZIER, Individually
and in his Official Capacity as a
Police Officer for the City of
Blytheville, Arkansas; ROSS A.
THOMPSON, Individually
and in his Official Capacity as
Chief of Police for the City of
Blytheville, Arkansas; and
CITY OF BLYTHEVILLE, ARKANSAS                          DEFENDANTS

## ORDER

Pugh hasn't responded to the Defendants' motion to compel. № 11. It's granted as modified for good cause. Pugh must provide supplemental discovery responses and initial disclosures by 21 September 2018. If he doesn't, the Court will require him to show cause why he shouldn't be sanctioned for non-compliance in discovery. Fed. R. Civ. P. 37(b)(2). The Court directs the parties to follow the procedures in the Final Scheduling Order, № 7 at 3, for any future discovery disputes.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>4 September 2018</u>