# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JOHN STEPHEN PUGH                                                     PLAINTIFF

v.                              No. 3:17-cv-297-DPM

JOHNATHON FRAZIER, Individually
and in his Official Capacity as a
Police Officer for the City of
Blytheville, Arkansas; ROSS A.
THOMPSON, Individually
and in his Official Capacity as
Chief of Police for the City of
Blytheville, Arkansas; and the
CITY OF BLYTHEVILLE, ARKANSAS                                        DEFENDANTS

## ORDER

Unopposed motion, № 24, granted as modified. Response due by 8 April 2019. And Defendants may reply within seven calendar days of the response. The Court can't keep the trial setting because of likely trials in older cases. The Final Scheduling Order, № 7, is suspended. The Court will decide the motion and set another trial date if we need one.

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

25 March 2019