IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN STEPHEN PUGH                                                 PLAINTIFF

v.                            No. 3:17-cv-297-DPM

JOHNATHON FRAZIER, Individually
and in his Official Capacity as a
Police Officer for the City of
Blytheville, Arkansas; ROSS A.
THOMPSON, Individually
and in his Official Capacity as
Chief of Police for the City of
Blytheville, Arkansas; and
CITY OF BLYTHEVILLE, ARKANSAS             DEFENDANTS

## JUDGMENT

1. Pugh's abandoned federal claims are dismissed without prejudice.

2. Pugh's excessive force claim against Frazier, his failure-to-train and failure-to-supervise claims against Thompson, and his claims against the City of Blytheville are all dismissed with prejudice.

3. Pugh's state-law claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2019